## HADDOCK v. GRIMES.

GILBERT, J. The evidence warranted the verdict, and there were no errors of law requiring the grant of a new trial:

> *Judgment affirmed. All the Justices concur.*
> MAY 16, 1917.

Complaint for land. Before Judge Park. Baldwin superior court. January 31, 1916.

*Sibley & Sibley,* for plaintiff in error. *Allen & Pottle,* contra.

---

## EDWARDS v. TRUSTEES OF THE BAPTIST CHURCH.

GILBERT, J. 1. Where suit is brought to compel specific performance of a parol contract for land, and no facts are alleged to bring the case within any of the exceptions to the statute of frauds, the petition is demurrable. This being such a case, and the allegations being insufficient to comply with the requirements of the Civil Code (1910), §§ 3223, 4634, the court properly sustained a general demurrer and dismissed the petition.

2. It is true that the petition contains some general allegations of possession and part performance of the contract by the plaintiff; but when the facts stated in connection therewith are considered, the allegations are insufficient to comply with the statutes above cited. Civil Code (1910), § 4165; *Kinderland* v. *Kirk,* 131 *Ga.* 454 (62 S. E. 582).

> *Judgment affirmed. All the Justices concur.*
> MAY 16, 1917.

Petition for specific performance. Before Judge Park. Baldwin superior court. February 16, 1916.

*Allen & Pottle,* for plaintiff.

*D. S. Sanford* and *Samuel H. Sibley,* for defendants.